**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vicki ROSEPILER, Defendant–**
**Appellant.**

**No. 01–7135.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Vicki Rosepiler, pro se. Paul Thomas Camilletti, Office of the United States Attorney, Wheeling, WV, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Vicki Rosepiler seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Rosepiler,* Nos. CR–97–12; CA–99–31–5 (N.D.W. Va. June 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*